In the Matter of THEODORA B. FROST, Individually and as Executrix of GEORGE S. FROST, Deceased, Appellant, against A. PIERRE BACHMAN, as Executor of CHARLES G. HENSLEY, Deceased, Respondent.

Argued February 25, 1941; decided March 13, 1941.

*John F. Finn, Jr.,* for appellant.

*A. P. Bachman* and *Daniel Wechsler* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.